# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHARLES G. BROWN,**

    *Plaintiff,*

v.                                       Case No.: 4:19cv429-MW/MAF

**LESLIE COLOMBANI, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 45. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Colombani's motion to dismiss, ECF No. 39, and Defendant Gaylord's motion to dismiss, ECF No. 40, are **GRANTED**. Plaintiff's claims are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that Plaintiff's claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on January 19, 2021.**

                                                       *s/Mark E. Walker*  
                                                       **Chief United States District Judge**